Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
4445 E. Holmes Avenue
Suite 107
Mesa, AZ 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Ritthaler;<br><br>  Plaintiff,<br><br>v.<br><br>Professional Recovery Services, Inc.;<br><br>  Defendant. | No.<br><br>COMPLAINT<br><br>(Jury Trial Demanded) |

I.  Preliminary Statement

1. Plaintiff brings this action for damages based upon Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 et seq. (hereinafter "FDCPA"). Plaintiff seeks an award of statutory damages, court costs and attorney's fees.

II.  Statutory Structure of FDCPA

2. Congress passed the FDCPA to eliminate abusive debt collection

1  practices by debt collectors, to insure that those debt collectors who
2  refrain from using abusive debt collection practices are not
3  competitively disadvantaged, and to promote consistent state action to
4  protect consumers against debt collection abuses. FDCPA § 1692.

3. The FDCPA is designed to protect consumers who have been victimized by unscrupulous debt collectors regardless of whether a valid debt exists. Baker v. G.C. Services Corp., 677 F.2d 775, 777 (9th Cir. 1982).

4. The FDCPA defines a "consumer" as any natural person obligated or allegedly obligated to pay any debt. FDCPA § 1692a(3).

5. The FDCPA defines "debt" as any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject or the transaction are primarily for personal, family, or household purposes. FDCPA § 1692a(5).

6. The FDCPA defines "debt collector' as any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another. FDCPA § 1692a(6).

7. Any debt collector who fails to comply with the provisions of the FDCPA is liable for any actual damage sustained; statutory damages up to $1,000; attorney's fees as determined by the Court and costs of the action. FDCPA § 1692k.

### III. JURISDICTION

8. Jurisdiction of this Court, over this action and the parties herein, arises under 15 U.S.C. §1692k(d) (FDCPA), and 28 U.S.C. § 1331. Venue lies in the Phoenix Division of the District of Arizona as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### IV. PARTIES

9. Plaintiff is an individual residing in Pinal County, Arizona.
10. Plaintiff is allegedly obligated to pay a consumer debt and is a "consumer" as that term is defined by FDCPA § 1692a(3).
11. Defendant Professional Recovery Services, Inc. ("PRS") is a New Jersey corporation, registered to do business within the State of Arizona.
12. PRS is licensed as a collection agency by the Arizona Department of Financial Institutions, license number 0905452.
13. PRS collects or attempts to collect debts owed or asserted to be owed or due another.
14. In the alternative, PRS collects or attempts to collect debts it has purchased after default.
15. PRS is a "debt collector" as that term is defined by FDCPA § 1692a(6).

### V. FACTUAL ALLEGATIONS

16. In or about 2000, Plaintiff opened a credit card account with HSBC.
17. The HSBC credit card account was used for personal, family, and household purposes.
18. Plaintiff subsequently defaulted on the HSBC account.
19. HSBC assigned the account to PRS for collection purposes.
20. On or about January 15, 2010, PRS mailed or caused to be mailed a

|   |   |   |
|---|---|---|
| 1 |  | letter to Plaintiff concerning the HSBC debt. (A copy of the January |
| 2 |  | 15, 2010 letter is attached hereto as Exhibit A). |
| 3 | 21. | The January 15, 2010 letter was PRS's initial communication to |
| 4 |  | Plaintiff concerning the HSBC debt. |
| 5 | 22. | On February 10, 2010, Plaintiff's counsel faxed and mailed PRS a |
| 6 |  | letter of representation concerning the HSBC debt. |
| 7 | 23. | On February 16, 2010, PRS mailed or caused to be mailed a letter |
| 8 |  | directly to Plaintiff concerning the collection of the HSBC debt. (A copy |
| 9 |  | of the letter dated February 15, 2010 is attached hereto as Exhibit B). |
| 10 | 24. | Despite PRS's knowledge of Plaintiff's representation by an attorney, |
| 11 |  | PRS communicated with Plaintiff directly in an attempt to collect the |
| 12 |  | HSBC debt. |
| 13 | 25. | Defendant's actions as set forth herein were intentional, willful, and in |
| 14 |  | gross or reckless disregard of Plaintiff's rights and part of its persistent |
| 15 |  | and routine practice of debt collection. |
| 16 | 26. | In the alternative, Defendant's actions were negligent. |

## VI.  Causes of Action

### a.  Fair Debt Collection Practices Act

27. Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.
28. Defendant's violations of the FDCPA include, but are not necessarily limited to, 15 U.S.C. §§ 1692c(a)(2) and 1692g.

## VII.  DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues so triable.

1

## VIII.  PRAYER FOR RELIEF

2   WHEREFORE, Plaintiff requests that judgment be entered against

3 Defendant for:

4      a)      Statutory damages of $1,000 pursuant to FDCPA § 1692k;

5      b)      Costs and reasonable attorney's fees pursuant to §1692k; and

6      c)      Such other relief as may be just and proper.

7

8   DATED   February 18, 2010  .

9

10
        s/ Floyd W. Bybee
        Floyd W. Bybee, #012651
11        BYBEE LAW CENTER, PLC
        4445 E. Holmes Avenue
12        Suite 107
        Mesa, AZ 85206-3398
13        Office: (480) 756-8822
        Fax: (480) 302-4186
14        floyd@bybeelaw.com

15        Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25